UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 21-6024 (DEA) |
| JEREMY LO | : | **THIRD CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Eric Suggs, Assistant United States Attorney), and defendant Jeremy Lo (by Lisa Van Hoeck, Esq., counsel for the defendant), for an order granting a continuance of the proceedings in the above-captioned matter from February 1, 2022 through April 30, 2022, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having consented to the continuance, and two prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1. Plea negotiations have commenced, and both the United States and the defendant seek time to achieve a successful

      resolution of these negotiations, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this __31st__ day of January, 2022,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued from February 1, 2022 to April 30, 2022;

**IT IS FURTHER ORDERED** that the period from February 1, 2022 through April 30, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

Consented and Agreed By:

_____
Lisa Van Hoeck
Assistant Federal Public Defender
*Counsel for Defendant*


s/ *Eric Suggs*
Eric Suggs
Assistant United States Attorney