UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate No. 21-6024 (DEA) |
| v. | : | ORDER MODIFYING CONDITIONS OF RELEASE |
| JEREMY LO | : | |
| | : | |

This matter having been brought before the Court on Defendant Jeremy Lo's application to modify the previously imposed condition of release limiting his access to the internet to virtual therapy sessions; and Defendant also needing access for education, employment, medical services, and other legitimate purposes; and Defendant having internet access through his Android cellular telephone which is monitored by Pretrial Services; and Pretrial Services and the Government having no objection; and for good cause shown;

IT IS ORDERED this __26th__ day of July 2022 that the Defendant's application is GRANTED and the conditions of release are modified as follows:

1. Defendant shall not access the internet except for virtual therapy sessions, education, employment, medical services, and other legitimate purposes as approved by Pretrial Services.

2. Defendant shall use his Android cellular phone for any approved access to the internet.

3. Pretrial Services shall continue to monitor Defendant's Android device

IT IS FURTHER ORDERED that all other conditions of release remain in effect.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge