# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 21-6024 (DEA) |
| JEREMY LO | : | **ORDER FOR CONTINUANCE** |

     1.     This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant U.S. Attorney, appearing), and defendant Jeremy Lo (Jonathan F. Marshall, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through November 10, 2023.

     2.     This Court granted nine § 3161(h)(7)(A) continuances previously in this case.

     3.     Counsel for the parties represented that the parties have reached a plea agreement and a hearing pursuant to Federal Rule of Criminal Procedure 11 is scheduled for September 27, 2023.

     4.     Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

     5.     The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

     6.     The defendant, through counsel, has consented to this continuance.

7.     FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.     Plea negotiations are completed, and a hearing pursuant to Federal Rule of Criminal Procedure 11 is scheduled for September 27, 2023.

b.     Consequently, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from September 12, 2023 through November 10, 2023; and it is further

ORDERED that the period from September 12, 2023 through November 10, 2023, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

- 2 -

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: September ___12___, 2023

Form and entry consented to:


s/ *Eric Suggs*
_____
Eric Suggs
Assistant U.S. Attorney


s/ *Eric A. Boden*
_____
Eric A. Boden
Trenton Attorney-in-Charge

_____
Jonathan F. Marshall, Esq.
Counsel for defendant Jeremy Lo

- 3 -